UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARTIN LEE FOSTER,

          Plaintiff,

    v.

RODRREGEZ,

          Defendant.

No.  2:25-cv-02528-TLN-CKD

**ORDER**

On January 26, 2026, Plaintiff Martin Lee Foster's ("Plaintiff") application to proceed in forma pauperis was denied and Plaintiff was ordered to pay the filing fee within 14 days. Plaintiff was warned that failure to pay the filing fee within 14 days would result in dismissal. Plaintiff has not paid the filing fee.  Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED.

Date: March 16, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE